**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MAISHA M. BELL, | ) | CASE NO:  18-11356 |
| | ) | |
| DEBTOR. | ) | HONORABLE JACQUELINE P. COX |
| | ) | BANKRUPTCY JUDGE |

**CERTIFICATE OF SERVICE**

    I, Karen R. Goodman, an attorney, certify that I served true and correct copies of the Notice of Final Report to the Debtor, the Debtor's attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 111 East Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on November 1, 2018.

                                                              /s/ Karen R. Goodman

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
Fax: (312) 966-8480

23823247.1

## SERVICE LIST

Portfolio Recovery Associates, LLC
   Successor to GE Capital Retail Bank
   (JC Penney Credit Card)
PO Box 41067
Norfolk, VA 23541

Department of Treasury-Internal
Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

T Mobile/T-Mobile USA Inc.
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Directv, LLC
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Nissan Motor Acceptance
POB 660366
Dallas, TX 75266-0366

23823247.1