UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| MAISHA M BELL | § | Case No. 18-11356 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 24,950.00 *(Without deducting any secured claims)* | Assets Exempt: 26,450.00 |
| Total Distributions to Claimants: 4,994.97 | Claims Discharged Without Payment: 20,160.35 |
| Total Expenses of Administration: 1,410.55 | |

3) Total gross receipts of $ 9,055.52  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,650.00  (see **Exhibit 2**), yielded net receipts of $ 6,405.52  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,410.55 | 1,410.55 | 1,410.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,064.57 | 2,064.57 | 1,057.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 42,714.58 | 23,090.75 | 3,937.69 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 46,189.70 | $ 26,565.87 | $ 6,405.52 |

4) This case was originally filed under chapter 7 on 04/18/2018. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2019                By:/s/KAREN R. GOODMAN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2017 Tax Refund | 1224-000 | 9,055.52 |
| **TOTAL GROSS RECEIPTS** | | **$9,055.52** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maisha Bell | Exemptions | 8100-002 | 2,650.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,650.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 1,390.55 | 1,390.55 | 1,390.55 |
| Associated Bank | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,410.55 | $ 1,410.55 | $ 1,410.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clerk of the Bankruptcy Court | 5600-000 | NA | 1,057.28 | 1,057.28 | 1,057.28 |
| 2P | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,007.29 | 1,007.29 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 2,064.57 | $ 2,064.57 | $ 1,057.28 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | Dept of Treasury/IRS | 7100-000 | NA | 289.49 | 289.49 | 0.00 |
| 5 | DIRECTV, LLC | 7100-000 | NA | 87.64 | 87.64 | 15.14 |
| 6 | NISSAN MOTOR ACCEPTANCE | 7100-000 | NA | 19,623.83 | 19,623.83 | 3,388.95 |
| 7 | NISSAN MOTOR ACCEPTANCE | 7100-000 | NA | 19,623.83 | 0.00 | 0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 504.93 | 504.93 | 87.20 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,296.42 | 1,296.42 | 223.89 |
| 4 | T MOBILE/T-MOBILE USA INC | 7100-000 | NA | 1,288.44 | 1,288.44 | 222.51 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 42,714.58 | $ 23,090.75 | $ 3,937.69 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-11356 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MAISHA M BELL | | | | Date Filed (f) or Converted (c): | 04/18/2018 (f) |
| | | | | | 341(a) Meeting Date: | 06/06/2018 |
| For Period Ending: | 02/05/2019 | | | | Claims Bar Date: | 09/13/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2017 Tax Refund (u) | 9,921.00 | 9,921.00 | | 9,055.52 | FA |
| 2. 2016 Nissan Infiniti | 30,000.00 | 24,950.00 | | 0.00 | FA |
| 3. Household Goods & Furniture | 600.00 | 0.00 | | 0.00 | FA |
| 4. Electronics | 400.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 400.00 | 0.00 | | 0.00 | FA |
| 6. Jewelry | 25.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 125.00 | 0.00 | | 0.00 | FA |
| 8. Deposits of money--Credit Union Checking Account | 200.00 | 0.00 | | 0.00 | FA |
| 9. Retirement Account with Employer | 17,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $58,671.00 | $34,871.00 | | $9,055.52 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/18: Unclaimed funds deposited; once check has cleared, file TDR.

9/30/18: Awaiting amendment of claim for car to unsecured in amount of deficiency after sale by Nissan; file TFR.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | The tax refund was originally unscheduled. Although it was scheduled in the amended schedules, part of the exemption claimed by the Debtor in the amount of $5200 was challenged by the Trustee and the Debtor eventually filed an Amended Schedule C removing $2550 of the exemption, leaving a valid exemption of $2650. |
| RE PROP # | 2 | -- | Although Debtor did not schedule a lien on her original schedules, Nissan filed a secured claim in the amount of $43,098.08. The vehicle was returned and sold by Nissan and its claim was amended to an unsecured claim in the amount of $42,551.55 on 10/12/18. On Debtor's Amended Schedules filed on 6/21/18 she indicated that she did not own a car. |

Initial Projected Date of Final Report (TFR): 03/31/2019     Current Projected Date of Final Report (TFR): 03/31/2019

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-11356 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | MAISHA M BELL | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3854 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2602 | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 02/05/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/18 | 1 | United States Treasury | 2017 Tax Refund (including $147.63 interest) | 1224-000 | $9,055.52 | | $9,055.52 |
| 08/30/18 | 101 | Maisha Bell<br>7825 South Bennett Avenue, Apt. 2<br>Chicago, Illinois 60649 | Wildcard exemption | 8100-002 | | $2,650.00 | $6,405.52 |
| 09/10/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,395.52 |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,385.52 |
| 11/29/18 | | Transfer to Acct # xxxxxx0099 | Transfer of Funds | 9999-000 | | $6,385.52 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,055.52 | $9,055.52 |
| Less: Bank Transfers/CD's | $0.00 | $6,385.52 |
| Subtotal | $9,055.52 | $2,670.00 |
| Less: Payments to Debtors | $0.00 | $2,650.00 |
| Net | $9,055.52 | $20.00 |

Page Subtotals: $9,055.52 $9,055.52

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-11356 | Trustee Name: KAREN R. GOODMAN |
| Case Name: MAISHA M BELL | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0099 |
| | Checking |
| Taxpayer ID No: XX-XXX2602 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 02/05/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/29/18 | | Transfer from Acct # xxxxxx3854 | Transfer of Funds | 9999-000 | $6,385.52 | | $6,385.52 |
| 12/03/18 | 2001 | KAREN R. GOODMAN<br>Taft Stettinius & Hollister, LLP | Final distribution per court order dated November 29, 2018 | 2100-000 | | $1,390.55 | $4,994.97 |
| 12/03/18 | 2002 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Final distribution to claim 2 per court order dated November 29, 2018 | 5800-000 | | $1,007.29 | $3,987.68 |
| 12/03/18 | 2003 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>SUCCESSOR TO GE CAPITAL RETAIL BANK<br>(JC PENNEY CREDIT CARD)<br>POB 41067<br>NORFOLK, VA 23541 | Final distribution to claim 1 per court order dated November 29, 2018 | 7100-000 | | $87.20 | $3,900.48 |
| 12/03/18 | 2004 | Dept of Treasury/IRS | Final distribution to claim 2 per court order dated November 29, 2018 | 7100-000 | | $49.99 | $3,850.49 |
| 12/03/18 | 2005 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 3 per court order dated November 29, 2018 | 7100-000 | | $223.89 | $3,626.60 |
| 12/03/18 | 2006 | T MOBILE/T-MOBILE USA INC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 4 per court order dated November 29, 2018 | 7100-000 | | $222.51 | $3,404.09 |
| 12/03/18 | 2007 | DIRECTV, LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | Final distribution to claim 5 per court order dated November 29, 2018 | 7100-000 | | $15.14 | $3,388.95 |
| 12/03/18 | 2008 | NISSAN MOTOR ACCEPTANCE<br>POB 660366<br>DALLAS. TX 75266-0366 | Final distribution to claim 6 per court order dated November 29, 2018 | 7100-000 | | $3,388.95 | $0.00 |

| | | Page Subtotals: | | | $6,385.52 | $6,385.52 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-11356 | Trustee Name: KAREN R. GOODMAN |
| Case Name: MAISHA M BELL | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0099 |
| | Checking |
| Taxpayer ID No: XX-XXX2602 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 02/05/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/19 | 2004 | Dept of Treasury/IRS | Final distribution to claim 2 per court order dated November 29, 2018 Reversal Check returned by Department of Treasury - claim paid in full. | 7100-000 | | ($49.99) | $49.99 |
| 01/15/19 | 2002 | DEPARTMENT OF TREASURY-INTERNAL REVENUE SERVICE PO BOX 7346 PHILADELPHIA, PA 19101-7346 | Final distribution to claim 2 per court order dated November 29, 2018 Reversal Check returned by Treasury Department - claim paid in full. | 5800-000 | | ($1,007.29) | $1,057.28 |
| 01/15/19 | 2009 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds Reversal Incorrect check amount. | 5600-000 | | ($1,057.29) | $2,114.57 |
| 01/15/19 | 2009 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds Two checks totaling $1,057.28 returned by Treasury Department with notice that claim was paid in full. | 5600-000 | | $1,057.29 | $1,057.28 |
| 01/15/19 | 2010 | Clerk of the Bankruptcy Court | Deposit of Unclaimed Funds Distribution checks returned by Department of Treasury with Form 3699 marked "Claim Full Paid" | 5600-000 | | $1,057.28 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,385.52 | $6,385.52 |
| Less: Bank Transfers/CD's | $6,385.52 | $0.00 |
| Subtotal | $0.00 | $6,385.52 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $6,385.52 |

Page Subtotals: $0.00  $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0099 - Checking | $0.00 | $6,385.52 | $0.00 |
| XXXXXX3854 - Checking | $9,055.52 | $20.00 | $0.00 |
|  | $9,055.52 | $6,405.52 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,055.52 |
| Total Gross Receipts: | $9,055.52 |